IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEMON REESE, #21041939<br>　　　　Plaintiff,<br><br>v.<br><br>TRISTON ROBERTSON, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§   No. 3:22-cv-01002-N (BT)<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 7, 2022, the Court finds that the findings and recommendation of the Magistrate Judge are correct, and they are accepted as the findings, conclusions, and recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

Consistent with the Magistrate Judge's November 7, 2022 Findings, Conclusions, and Recommendation, this case is now stayed and administratively closed.  Reese is instructed as follows: (1) he must file a motion to reopen the case within 60 days after entry of judgment in his state criminal court case, and (2) the failure to do so will result in the dismissal without prejudice of this case for failure to prosecute and/or comply with a Court order under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 12th day of December, 2022.

DAVID C. GODBEY
CHIEF JUDGE